**REDACTED COPY**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

FILED
2012 JN 13 AM 11:07
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § § § § | **INDICTMENT** **SEALED** [COUNTS ONE-EIGHT: 18 U.S.C. §§ 554(a) & 2, Aiding and Abetting Smuggling Goods from the United States] |
| OLIVER BRES-CARRANZA, ERIK ALAN GARZA, ROLANDO TAMAYO | § § § | |

**DR 12 CR 0960**

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. §§ 554(a) & 2]

On or about July 19, 2010, in the Western District of Texas, the Defendant,

OLIVER BRES-CARRANZA,
ERIK ALAN GARZA

did knowingly aid, abet, and induce the exportation from the United States, of any merchandise, article, or object, to wit: night vision monocular goggles and a thermal goggle, which are defense articles as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

COUNT TWO
[18 U.S.C. §§ 554(a) & 2]

On or about January 18, 2011, in the Western District of Texas, the Defendants,

OLIVER BRES-CARRANZA,
ERIK ALAN GARZA

did knowingly aid, abet, and induce the exportation or attempted exportation from the United States, of any merchandise, article, or object, to wit: 4,500 assault rifle magazines, which are defense articles as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

COUNT THREE
[18 U.S.C. §§ 554(a) & 2]

On or about January 25, 2011, in the Western District of Texas, the Defendants,

OLIVER BRES-CARRANZA,
ERIK ALAN GARZA

did knowingly aid, abet, and induce the exportation or attempted exportation from the United States, of any merchandise, article, or object, to wit: 71 assault rifle magazines, which are defense articles as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

## COUNT FOUR
[18 U.S.C. §§ 554(a) & 2]

On or about February 1, 2011, in the Western District of Texas, the Defendants,

OLIVER BRES-CARRANZA,

did knowingly aid, abet, and induce the exportation from the United States, of any merchandise, article, or object, to wit: 300 AR-15 flip-up front tactical sights and 300 AR-15 flip-up rear tactical sights, which are defense articles as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

## COUNT FIVE
[18 U.S.C. §§ 554(a) & 2]

On or about March 16, 2011, in the Western District of Texas, the Defendants,

OLIVER BRES-CARRANZA,
ERIK ALAN GARZA

did knowingly aid, abet, and induce the exportation or attempted exportation from the United States, of any merchandise, article, or object, to wit: 2,500 rounds of ammunition and 300 assault rifle magazines, which are defense articles as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

COUNT SIX
[18 U.S.C. §§ 554(a) & 2]

On or about October 19, 2011, in the Western District of Texas, the Defendants,

OLIVER BRES-CARRANZA,
ROLANDO TAMAYO

did knowingly aid, abet, and induce the exportation or attempted exportation from the United States, of any merchandise, article, or object, to wit: 100 rounds of .50 caliber ammunition and 63 firearm magazines, which are defense articles as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

COUNT SEVEN
[18 U.S.C. §§ 554(a) & 2]

On or about February 15, 2012, in the Western District of Texas, the Defendants,

OLIVER BRES-CARRANZA,
ERIK ALAN GARZA

did knowingly aid, abet, and induce the exportation or attempted exportation from the United States of any merchandise, article, or object, to wit: 3,500 rounds of ammunition, which are defense articles as defined under Category I of the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) & 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

<u>COUNT EIGHT</u>
[18 U.S.C. §§ 554(a) & 2]

On or about February 17, 2012, in the Western District of Texas, the Defendants,

**OLIVER BRES-CARRANZA,
ERIK ALAN GARZA,
ROLANDO TAMAYO**

did knowingly aid, abet, and induce the exportation or attempted exportation from the United States of any merchandise, article, or object, to wit: 100 AR-15 flip-up front tactical sights and 100 AR-15 flip-up rear tactical sights, which are defense articles as defined under Category I of the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) & 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Sections 554(a) & 2.

A TRUE BILL.

ROBERT PITMAN
United States Attorney

By: _____
MICHAEL C. GALDO
Assistant United States Attorney

**DR12CR0960**

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Maverick           USAO #: 2012R02231

DATE: June 13, 2012        MAG. CT. #: MATTER

AUSA: MICHAEL C. GALDO

DEFENDANT: OLIVER BRES-CARRANZA

CITIZENSHIP: Mexico

INTERPRETER NEEDED: Yes     Language: English and Spanish

DEFENSE ATTORNEY: N/A

ADDRESS OF ATTORNEY: N/A

DEFENDANT IS: _____      DATE OF ARREST:   N/A

BENCH WARRANT NEEDED: ___

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SEALED INDICTMENT

OFFENSE: (Code & Description): Counts 1-8 18 U.S.C. §§ 554(a) & 2 - Aiding and Abetting Smuggling Goods from the United States.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Counts 1-8: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment. release;$100 mandatory special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3

**DR12CR0960**

SEALED:
UNSEALED: XX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Maverick                    USAO #: 2012R02231

DATE: June 13, 2012                 MAG. CT. #: MATTER

AUSA: MICHAEL C. GALDO

DEFENDANT: ERIK ALAN GARZA

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: YES            Language: English and Spanish

DEFENSE ATTORNEY: N/A

ADDRESS OF ATTORNEY: N/A

DEFENDANT IS: _____                DATE OF ARREST: N/A

BENCH WARRANT NEEDED. _

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SEALED INDICTMENT

OFFENSE: (Code & Description): Counts 1, 2, 3, 5, 7, 8: 18 U.S.C. §§ 554(a) & 2 - Aiding and Abetting Smuggling Goods from the United States.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Counts 1, 2, 3, 5, 7, 8: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment. release;$100 mandatory special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above        W/DT-CR-3

**DR12CR0960**

SEALED:  
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Maverick  USAO #: 2012R02231

DATE: June 13, 2012  MAG. CT. #: MATTER

AUSA: MICHAEL C. GALDO

DEFENDANT: ROLANDO TAMAYO  
CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: YES  Language: English and Spanish

DEFENSE ATTORNEY: N/A

ADDRESS OF ATTORNEY: N/A

DEFENDANT IS: ____  DATE OF ARREST: N/A

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SEALED INDICTMENT

OFFENSE: (Code & Description): Counts 6 and 8 18 U.S.C. §§ 554(a) & 2 - Aiding and Abetting Smuggling Goods from the United States.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Counts 6 and 8: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment. release;$100 mandatory special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above  W/DT-CR-3